**Order entered May 27, 2015**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-14-01386-CR

**SHEYENNE NICOLE LILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-71006-Q**

## ORDER

The Court **REINSTATES** the appeal.

On May 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 21, 2015 order requiring findings.

We note that appellant was convicted of compelling prostitution of an individual under eighteen years of age, an offense that is reportable under the Sex Offender Registration Program. *See* TEX. CODE OF CRIM. P. ANN. art. 62.001(5)(B) (West Supp. 2014). Nevertheless, appellant's brief contains the complete name of the complaining witness rather than her initials. Accordingly, we **DENY** the extension motion as moot.

We **STRIKE** the appellant's brief tendered on May 24, 2015 and **ORDER** counsel to file, by **JUNE 1, 2015**, an amended brief that is redacted to contain only the initials of the complaining witness.

We **DIRECT** the Clerk to send copies of this order to Valencia Bush and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE